On appellant's petition for reconsideration filed June 4, reconsideration allowed; former opinion (193 Or App 483, 89 P3d 1286) clarified and adhered to as clarified August 4, 2004

Tom JOHNSON,
*Appellant,*

*v.*

Ken MORGAN,
an individual,
and Deschutes County,
a political subdivision,
*Respondents.*

99CV-0361-MS; A115061

95 P3d 731

Roxanne L. Farra and Roxanne L. Farra, P.C., for petition.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Linder, Judge.

PER CURIAM

Reconsideration allowed; former opinion clarified and adhered to as clarified. *Johnson v. Brown,* 194 Or App 486, 95 P3d 235 (2004).